ORIGINAL

1  RICHARD G. CAMPBELL, Jr. ESQ.
   Nevada Bar No.: 1832
2  LANCE P. MAISS, ESQ.
   Nevada Bar No.: 4683
3  SENN MEULEMANS, LLP
4  50 West Liberty Street, Suite 950
   Reno, Nevada 89501
5  Telephone No.: (775) 322-7400
   Attorneys for Defendant
6

7

8              UNITED STATES DISTRICT COURT

                 DISTRICT OF NEVADA   SEALED
9

10 SHAWN VAN ASDALE and LENA
11 VAN ASDALE,                        Case No.: 3:04-cv-703-RAM

12            Plaintiffs,
                                      **IGT'S MOTION FOR TRANSCRIPT
13                                    OF PROCEEDINGS ON JUNE 12,
       vs.                           2006**
14

15 INTERNATIONAL GAME TECHNOLOGY,

16            Defendant.             **[FILED UNDER SEAL PURSUANT
                                     TO THE ORDER OF THE COURT]**
17  _____/

18        COMES NOW, defendant INTERNATIONAL GAME TECHNOLOGY ("IGT"), by and
19 through its counsel of record, Senn Meulemans, LLP, hereby moves this Court for an order providing
20 the disclosure of the transcript of proceedings before the Court that took place on June 12, 2006, in
21 that this action is under seal.
22        This motion is based upon the Points and Authorities attached hereto and such further
23 argument the Court may permit.
24

25

26

27

28

                                          1

DATED this 27th day of July, 2006.

SENN MEULEMANS, LLP

BY:

RICHARD G. CAMPBELL, Jr., ESQ.
State Bar No.: 1832
LANCE P. MAISS, ESQ.
State Bar No.: 4683
50 West Liberty Street, Suite 950
Reno, Nevada 89501
Attorneys for *Defendant*

SENN MEULEMANS, LLP
50 West Liberty Street, Suite 950
Reno, Nevada 89501
(775) 322-7400

2

1

# POINTS AND AUTHORITIES

2       This action involves an employment dispute between plaintiffs, former in-house attorneys for

3  IGT. The plaintiffs have asserted claims for relief regarding their termination from IGT, including a

4  claim for whistleblower protection under the Sarbanes-Oxley Act for alleged retaliation in response

5  to allegations against IGT management for securities fraud against IGT's shareholders.

6       At the time the action was commenced, the plaintiffs requested that the action be placed under

7  seal, which the Court has since ordered. As a result, any party to this action must seek Court

8  permission to obtain a transcript of any proceedings taking place before the Court.

9       On June 12, 2006, the Court and counsel for the parties herein held a telephonic conference

10  call to address several outstanding discovery issues. At this time, IGT seeks to have a transcript of

11  the proceeding, necessitating the filing of this motion.

12       Therefore, IGT respectfully requests this Court to grant its motion to allow a transcript of the

13  June 12, 2006 proceeding to be provided to IGT.

14

15       DATED this 27th day of July, 2006.

16

17                     SENN MEULEMANS, LLP

18

19                   BY: _____

20                       RICHARD G. CAMPBELL, Jr., ESQ.
                            State Bar No.: 1832

21                       LANCE P. MAISS, ESQ.

22                       State Bar No.: 4683
                       50 West Liberty Street, Suite 950

23                       Reno, Nevada 89501
                       Attorneys for *Defendant*

24

25

26

27

28

SENN MEULEMANS, LLP
50 West Liberty Street, Suite 950
Reno, Nevada 89501
(775) 322-7490

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SENN MEULEMANS, LLP
50 West Liberty Street, Suite 950
Reno, Nevada 89501
(775) 322-7400

## ORDER

Defendant's Motion for transcript of proceedings on June 12, 2006, is
HEREBY GRANTED.

Dated this 28th of July 2006.

_____

The Honorable Robert A. McQuaid, Jr.
Judge of U.S. District Court

4

CERTIFICATE OF SERVICE

I, Zabett Buzzone, declare that:

I am over 18 years of age and not a party to, or interested in, the within entitled action. I am an employee of SENN MEULEMANS, LLP located at 50 West Liberty Street, Suite 950, Reno, Nevada, 89501.

On July 27, 2006, I served the foregoing document described as follows:

[] BY HAND DELIVERY: I caused a copy to be hand delivered by a messenger service with which this firm maintains an account, addressed as follows: Legal Express.

[] BY FACSIMILE: I served on interested parties in said action, by transmitting a true copy of the attached document, via facsimile, to the facsimile numbers listed on the Service List. The facsimile machine complied with Nevada Rules of Court Rule 5(b) and no error was reported by the machine. Pursuant to Nevada Rules of Court, Rule 5(b), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the file copy of this declaration;

[X]    BY MAIL [N.R.C.P. 5(b)] I caused each envelope to be placed for deposit with the U.S. Postal Service in a sealed envelope, with postage prepaid, and that each envelope was placed for collection and mailing on that date following ordinary business. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit;

[] BY OVERNIGHT COURIER  By placing the document(s) listed above in a sealed FEDERAL EXPRESS envelope and affixing a pre-paid air bill, No. causing the envelope to be delivered to the person(s) listed below; on the parties addressed as follows:

SENN MEULEMANS, LLP
50 West Liberty Street, Suite 950
Reno, Nevada 89501
(775) 322-7400

1

2  Margo Piscevich, Esq.
   Mark J. Lenz, Esq.
3  Piscevich & Fenner
   499 W. Plumb Lane, Suite 201
4  Reno, NV  89509

5

6  Executed on July 27, 2006, at Reno, Nevada.

7  [] (State)        I declare under penalty of perjury under the laws of the State of Nevada that the above

8                    is true and correct.

9  [x] (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose

10                   direction the service was made.

11

12

13                                              Zabett Buzzone

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28