# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN VAN ASDALE, an individual, and LENA VAN ASDALE, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation, <br><br> Defendant. | 3:04-CV-0703-RAM <br><br> **ORDER REGARDING BALLY TECHNOLOGIES, INC., BALLY GAMING INTERNATIONAL, INC., AND BALLY GAMING, INC.'S MOTION REGARDING THE SEALING ORDER** |

WHEREAS, the court, having considered Bally Technologies, Inc., Bally Gaming International, Inc. and Bally Gaming, Inc.'s (collectively "Bally") Motion Regarding the Sealing Order and the supporting papers filed therewith, Defendant International Game Technology's ("IGT") Opposition, argument on the motion and such other matters as the court deemed appropriate,

**IT IS HEREBY ORDERED** that:

1. The Sealing Order in this case does not apply to discovery in *IGT v. Alliance Gaming, Inc., et al.*, No. 2:04-CV-1676-RCJ (RJJ), pending in the District of Nevada (the "IGT-Bally Patent Litigation"), including any third party subpoenas issued by Bally to the parties, lawyers, experts or other individuals associated with this case. However, if Bally issues any third party subpoenas to the parties, lawyers, experts other individuals associated with this case in the IGT-Bally Patent Litigation, IGT shall be given an opportunity, within fourteen days, to lodge objections with the court in the IGT-Bally Patent Litigation.

///

2. The Sealing Order shall also be lifted to allow Bally to receive copies of the following sealed documents in this matter: (a) the briefing related to IGT's motions to modify subpoenas issued to Bruce Laxalt and David Spencer; (b) the transcripts from the two hearings resulting from these motions (which took place on March 21, 2006, and May 4, 2006); and (c) the two minute orders that this court issued following these hearings.

DATED: October 25, 2006.

_____
UNITED STATES MAGISTRATE JUDGE