Sealed

Sealed

Sealed

**ORIGINAL**

RICHARD G. CAMPBELL, JR., ESQ.
Nevada State Bar No. 1832
LANCE P. MAISS, ESQ.
Nevada State Bar No. 4683
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone: (775) 332-7400
Facsimile: (775) 322-9049
*Attorneys for Defendant*

FILED / ENTERED
JAN 18 2007
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATE DISTRICT COURT
## DISTRICT OF NEVADA

SHAWN VAN ASDALE and LENA VAN ASDALE,

Plaintiffs,

vs.

INTERNATIONAL GAME TECHNOLOGY,

Defendant.

Case No. 3:04-CV-0703 RAM

**IGT'S MOTION FOR TRANSCRIPT OF PROCEEDINGS ON JANUARY 16, 2007**

*[FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT]*

COMES NOW, defendant INTERNATIONAL GAME TECHNOLOGY ("IGT"), by and through its counsel of record, Armstrong Teasdale, LLP, hereby moves this Court for an order providing the disclosure of the transcript of proceedings before the Court that took place on January 16, 2007, in that this action is under seal.

This motion is based upon the Points and Authorities attached hereto and such further argument the Court may permit.

DATED: January 18, 2007.

ARMSTRONG TEASDALE, LLP

By: _____
Richard G. Campbell, Jr., State Bar No. 1832
Lance P. Maiss, State Bar No. 4683
50 West Liberty, Suite 950
Reno, NV 89501
Telephone: (775) 332-7400
Facsimile: (775) 322-9049

1

IGT'S Motion For Transcript of Proceedings on 1/16/07

## POINTS AND AUTHORITIES

This action involves an employment dispute between plaintiffs, former in-house attorneys for IGT. The plaintiffs have asserted claims for relief regarding their termination from IGT, including a claim for whistleblower protection under the Sarbanes-Oxley Act for alleged retaliation in response to allegations against IGT management for securities fraud against IGT's shareholders.

At the time the action was commenced, the plaintiffs requested that the action be placed under seal, which the Court has since ordered. As a result, any party to this action must seek Court permission to obtain a transcript of any proceedings taking place before the Court.

On January 16, 2007, a hearing took place wherein the Court and counsel addressed several outstanding discovery issues. At this time, IGT seeks to have a transcript of the proceeding, necessitating the filing of this motion.

Therefore, IGT respectfully requests this Court to grant its motion to allow a transcript of the January 16, 2007, proceeding to be provided to IGT.

DATED: January 18, 2007.

ARMSTRONG TEASDALE, LLP

By: _____
Richard G. Campbell, Jr.
State Bar No. 1832
Lance P. Maiss
State Bar No. 4683
50 West Liberty, Suite 950
Reno, NV 89501
Telephone: (775) 332-7400
Facsimile: (775) 322-9049

2

## ORDER

Defendant's motion for transcript of proceedings on January 16, 2007, is HEREBY GRANTED.

Dated this 22nd day of January 2007.

_____
The Honorable Robert A. McQuaid, Jr.
Judge of U.S. District Court

3