ORIGINAL

RICHARD G. CAMPBELL, JR., ESQ.
Nevada State Bar No. 1832
LANCE P. MAISS, ESQ.
Nevada State Bar No. 4683
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone: (775) 332-7400
Facsimile: (775) 322-9049

GORDON E. KRISCHER
NATHANIEL L. DILGER
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

MARK W. ROBERTSON
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendant*
*International Game Technology*

FILED / ENTERED
JUN 27
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN VAN ASDALE and LENA VAN ASDALE, | Case No. 3:04-CV-0703 RAM |
| Plaintiffs, | **IGT'S MOTION FOR TRANSCRIPT OF PROCEEDINGS ON JUNE 7, 2007** |
| vs. | |
| INTERNATIONAL GAME TECHNOLOGY, | *[FILED UNDER SEAL PURSUANT TO THE ORDER OF THE COURT]* |
| Defendant. | |

COMES NOW, defendant INTERNATIONAL GAME TECHNOLOGY ("IGT"), by and through its counsel of record, Armstrong Teasdale, LLP, hereby moves this Court for an order providing the disclosure of the transcript of proceedings before the Court that took place on June 7, 2007, in that this action is under seal.

//

1

This motion is based upon the Points and Authorities attached hereto and such further argument the Court may permit.

DATED this 27th day of June 2007.

ARMSTRONG TEASDALE LLP

By: _____
Richard G. Campbell Jr.
50 West Liberty, Suite 950
Reno, NV 89501
Telephone: (775) 322-7400
Facsimile: (775) 322-9049

## POINTS AND AUTHORITIES

This action involves an employment dispute between plaintiffs, former in-house attorneys for IGT. The plaintiffs have asserted claims for relief regarding their termination from IGT, including a claim for whistleblower protection under the Sarbanes-Oxley Act for alleged retaliation in response to allegations against IGT management for securities fraud against IGT's shareholders.

At the time the action was commenced, the plaintiffs requested that the action be placed under seal, which the Court has since ordered. As a result, any party to this action must seek Court permission to obtain a transcript of any proceedings taking place before the Court.

On June 7, 2007, a hearing took place wherein the Court and counsel addressed Defendant's Motion for Summary Judgment. At this time, IGT seeks to have a transcript of the proceeding, necessitating the filing of this motion.

Therefore, IGT respectfully requests this Court to grant its motion to allow a transcript of the June 7, 2007, proceeding to be provided to IGT.

Dated this 27th day of June 2007.

ARMSTRONG TEASDALE LLP

By: _____
Richard G. Campbell Jr.
50 West Liberty, Suite 950
Reno, NV 89501
Telephone: (775) 322-7400
Facsimile: (775) 322-9049

2

IGT'S Motion For Transcript
Of Proceedings on June 7, 2007

# ORDER

Defendant's motion for transcript of proceedings on June 7, 2007, is HEREBY GRANTED.

Dated this 27th day of June 2007.

_____
The Honorable Robert A. McQuaid, Jr.
Judge of U.S. District Court

3

IGT'S Motion For Transcript
Of Proceedings on June 7, 2007

## CERTIFICATE OF SERVICE

I, Zabett Buzzone, declare that:

I am over 18 years of age and not a party to, or interested in, the within entitled action. I am an employee of ARMSTRONG TEASDALE, LLP, located at 50 West Liberty Street, Suite 950, Reno, Nevada, 89501.

On June 27, 2007, I served the following document:

**IGT'S MOTION FOR TRANSCRIPT OF PROCEEDINGS ON JUNE 7, 2007**

[] HAND DELIVERY: I caused a copy to be hand delivered by a messenger service with which this firm maintains an account, addressed as follows: Legal Express

[] BY FACSIMILE: I served on interested parties in said action, by transmitting a true copy of the attached document, via facsimile, to the facsimile numbers listed on the Service List. The facsimile machine complied with Nevada Rules of Court Rule 5(b) and no error was reported by the machine. Pursuant to Nevada Rules of Court, Rule 5(b), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the file copy of this declaration;

[X] BY MAIL [N.R.C.P. 5(b)] I caused each envelope to be placed for deposit with the U.S. Postal Service in a sealed envelope, with postage prepaid, and that each envelope was placed for collection and mailing on that date following ordinary business. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit;

[] BY OVERNIGHT COURIER By placing the document(s) listed above in a sealed FEDERAL EXPRESS envelope and affixing a pre-paid air bill and causing the envelope to be delivered to the person(s) listed below; on the following parties at the addresses indicated below:

1

| | |
|---|---|
| 1 | Margo Piscevich, Esq. |
| | Mark Lenz, Esq. |
| 2 | Piscevich & Fenner |
| | 499 W. Plumb Lane, Suite 201 |
| 3 | Reno, Nevada 89509 |

Executed on June 27, 2007, at Reno, Nevada.

[X] (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.


Zabett Buzzone

Armstrong Teasdale, LLP
50 West Liberty Street, Suite 950
Reno, Nevada 89501

2