RICHARD G. CAMPBELL, JR., ESQ.
Nevada State Bar No. 1832
LANCE P. MAISS, ESQ.
Nevada State Bar No. 4683
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone: (775) 322-7400
Facsimile: (775) 322-9049

GORDON E. KRISCHER
NATHANIEL L. DILGER
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

MARK W. ROBERTSON
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendant IGT*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN VAN ASDALE and LENA VAN ASDALE,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL GAME TECHNOLOGY,<br><br>Defendant. | Case No. 3:04-CV-0703 RAM<br>**IGT'S MOTION FOR TRANSCRIPT OF PROCEEDINGS ON SEPTEMBER 16, 2009**<br><br><br>*[FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT]* |

COMES NOW, defendant INTERNATIONAL GAME TECHNOLOGY ("IGT"), by and through its counsel of record, Armstrong Teasdale, LLP, hereby moves this Court for an order providing the disclosure of the transcript of proceedings before the Court that took place on

1

1    September 16, 2009, in that this action is under seal.

2         This motion is based upon the Points and Authorities attached hereto and such further

3    argument the Court may permit.

4    DATED:  September 18, 2009.                    ARMSTRONG TEASDALE, LLP

5                                                   By:/s/ Richard G. Campbell Jr.
6                                                       RICHARD G. CAMPBELL, JR.
                                                        Nevada State Bar No. 1832
7                                                       LANCE P. MAISS
                                                        Nevada State Bar No. 4683
8                                                       50 West Liberty, Suite 950
                                                        Reno, NV 89501
9                                                       Telephone:  (775) 322-7400
                                                        Facsimile:  (775) 322-9049

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              2

## POINTS AND AUTHORITIES

This action involves an employment dispute between plaintiffs, former in-house attorneys for IGT. The plaintiffs have asserted claims for relief regarding their termination from IGT, including a claim for whistleblower protection under the Sarbanes-Oxley Act for alleged retaliation in response to allegations against IGT management for securities fraud against IGT's shareholders.

At the time the action was commenced, the plaintiffs requested that the action be placed under seal, which the Court has since ordered. As a result, any party to this action must seek Court permission to obtain a transcript of any proceedings taking place before the Court.

On September 16, 2009, a status hearing took place wherein the Court and counsel addressed several outstanding issues. At this time, IGT seeks to have a transcript of the proceeding, necessitating the filing of this motion.

Therefore, IGT respectfully requests this Court to grant its motion to allow a transcript of the September 16, 2009, proceeding to be provided to IGT.

DATED: September 18, 2009.      ARMSTRONG TEASDALE, LLP

By:/s/ Richard G. Campbell, Jr.
      RICHARD G. CAMPBELL, JR.
      Nevada State Bar No. 1832
      LANCE P. MAISS
      Nevada State Bar No. 4683
      50 West Liberty, Suite 950
      Reno, NV 89501
      Telephone: (775) 322-7400
      Facsimile: (775) 322-9049

3

# **ORDER**

Defendant's motion for transcript of proceedings on September 16, 2009, is HEREBY GRANTED.

Dated this ___ day of September 2009.
22nd

_____
HON. ROBERT A. MCQUAID
UNITED STATES MAGISTRATE JUDGE

4

**CERTIFICATE OF SERVICE**

I, Zabett Buzzone, declare that:

I am over 18 years of age and not a party to, or interested in, the within entitled action. I am an employee of Armstrong Teasdale, LLP located at 50 West Liberty Street, Suite 950, Reno, Nevada, 89501.

On September 9, 2009, I served the following document:

**IGT'S MOTION FOR TRANSCRIPT OF PROCEEDINGS ON SEPTEMBER 16, 2009**

[X] BY MAIL [N.R.C.P. 5(b)]  I caused each envelope to be placed for deposit with the U.S. Postal Service in a sealed envelope, with postage prepaid, and that each envelope was placed for collection and mailing on that date following ordinary business. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit;

Margo Piscevich, Esq.
Mark J. Lenz, Esq.
Piscevich & Fenner
499 W. Plumb Lane, Ste 201
Reno NV 89509

Executed on September 18, 2009, at Reno, Nevada.

**[X] (Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ *Zabett Buzzone*
Zabett Buzzone