**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWN VAN ASDALE, an individual, and LENA VAN ASDALE, an individual, | 3:04-CV-0703-RAM |
| Plaintiffs, | **ORDER** |
| vs. | |
| INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation, | |
| Defendant. | |

Plaintiffs have made a Motion for Reconsideration Re Sealing; and Request for Clarification and Status Conference (Doc. #262). Defendant International Game Technology has opposed the Motion (Doc. #264) and Plaintiffs have replied (Doc. #265).

The court does not believe that it committed clear error in the Order and there has been no newly discovered evidence nor any intervening change in the controlling law.

As an aside, and for clarification purposes, the fact that certain documents have been sealed does not effect their admissibility. A status conference will be held prior to trial for the court and counsel to agree on a procedure on admitting sealed documents into evidence at trial.

Plaintiffs' Motion for Reconsideration (Doc. #262) is **DENIED**.

DATED: June 14, 2010.

_____
UNITED STATES MAGISTRATE JUDGE