AO 450   Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*            DISTRICT OF    NEVADA

SHAWN VAN ASDALE and
LENA VAN ASDALE,

          Plaintiffs,

V.

INTERNATIONAL GAME TECHNOLOGY,

          Defendant.

**AMENDED JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **3:04-cv-00703-RAM**

__X__   **Jury Verdict.** This action came before the Court for a trial by jury with Robert A. McQuaid, Jr., United States Magistrate Judge presiding. The issues have been tried and the jury has rendered its verdict.

**JUDGMENT:**  the plaintiff, Shawn Van Asdale, recover from the defendant, International Game Technology, $955,597.00, in actual damages; the plaintiff, Lena Van Asdale, recover from the defendant, International Game Technology, $1,270,303.00, in actual damages.

**IT IS FURTHER ORDERED** the Plaintiffs' Motion for Attorneys' Fees, Costs, and Prejudgment Interest (Doc. #323-327) is GRANTED. The total amount of attorneys' fees awarded is $1,009,620.00. The total amount of costs awarded is $131,953.94. The total amount of prejudgment interest awarded is $1,275,766.50 ($552,418.62 to Shawn Van Asdale and $723,347.90 to Lena Van Asdale).

  May 27, 2011                                  **LANCE S. WILSON**
                                                              Clerk

                                                               /s/ Katie Lynn Ogden
                                                                  Deputy Clerk