UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN VAN ASDALE, an individual, and LENA VAN ASDALE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation,<br><br>Defendant. | Case No. 3:04-CV-00703-RAM |

### ORDER

On June 22, 2011, Defendant INTERNATIONAL GAME TECHNOLOGY ("Defendant") posted Bond No. 0147946, written by Berkley Regional Insurance Company, in the amount of FOUR MILLION SIX HUNDRED FORTY-THREE THOUSAND TWO HUNDRED FORTY AND 44/100ths DOLLARS ($4,643,240.44) (Doc. #364).

On April 24, 2014, Defendant paid Plaintiffs SHAWN VAN ASDALE and LENA VAN ASDALE (hereinafter "Plaintiffs") the sum of THREE MILLION THREE HUNDRED SEVENTY-FOUR THOUSAND FOUR HUNDRED NINETY-NINE AND 52/100ths DOLLARS ($3,374,499.52), and Plaintiffs executed and filed a Partial Satisfaction of Judgment (Doc #408).

NOW, THEREFORE, good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Bond No. 0147946 shall be reduced to ONE MILLION TWO HUNDRED SIXTY-EIGHT THOUSAND SEVEN HUNDRED FORTY AND 92/100ths DOLLARS ($1,268,740.92), effective April 24, 2014.

DATED this 30th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted By:

GUILD, RUSSELL, GALLAGHER
  & FULLER, LTD.

By:    /s/ John K. Gallagher
       John K. Gallagher, Esq.
       Nevada State Bar No. 956
       100 West Liberty Street, Suite 800
       P.O. Box 2838
       Reno, Nevada 89505
       Telephone: (775) 786-2366
       Facsimile: (775) 322-9105
       *jgallagher@grgflaw.com*
       *Attorney for Defendant International Game Technology*

2